IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2741 |
| | : | |
| **ASG CONSULTANTS LTD.** | : | |

### AMENDED SCHEDULING ORDER

**AND NOW**, this          day of August, 2002, **IT IS ORDERED** that the Court's prior Order of July 19, 2002, which instructed the parties to submit a joint "Rule 16 Memorandum" on or before August 16, 2002, is amended as follows: the parties shall submit to the Court their joint Rule 16 Memorandum by September 6, 2002.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**