UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNX ASSOCIATES, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ASG CONSULTANTS LTD.,<br><br>　　　Defendant. | CIVIL ACTION<br>NO. 02-2741 |

### ENTRY OF APPEARANCE

　　　Please enter our appearance on behalf of Defendant ASG Consultants Ltd. in the above-captioned action.

　　　　　　　　　　　　　　　　　　_/s/ Laurence Z. Shiekman_
　　　　　　　　　　　　　　　　　　Laurence Z. Shiekman (I.D. #15203)
　　　　　　　　　　　　　　　　　　Silvia Adriana Salvucci (I.D. #87688)
　　　　　　　　　　　　　　　　　　**PEPPER HAMILTON LLP**
　　　　　　　　　　　　　　　　　　3000 Two Logan Square
　　　　　　　　　　　　　　　　　　18th and Arch Streets
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　215.981.4000

**Dated:**  September 6, 2002

## CERTIFICATE OF SERVICE

I, Silvia Adriana Salvucci, hereby certify that on September 6, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served via Facsimile and via First Class Mail to the following:

> Mitchell A. Kramer, Esquire
> Kramer & Kramer, LLP
> 1077 Rydal Road
> Suite 100
> Rydal, PA 19046

_____
Silvia Adriana Salvucci

**Dated:** September 6, 2002