IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-CV-2741** |
| | : | |
| **ASG CONSULTANTS, LTD.** | : | |

### ORDER

**AND NOW**, this _____ day of March, 2003, **IT IS ORDERED** that Plaintiff's Motion to Dismiss Defendant's Counterclaims and for Default Judgment (docket no. 8) is **DENIED AS MOOT**.[1]

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] Plaintiff filed the instant Motion on August 22, 2002, seeking default judgment and dismissal of Defendant's counterclaims, because Defendant, a corporation, was not represented by counsel. See Simbraw v. United States, 367 F.2d 373 (1966) ("Must a corporation, to litigate its rights in a court of law, employ an attorney at law to appear for it and represent it in the court or courts before whom its rights need to be adjudicated?. . . The unequivocal answer to the above question is Yes."). On September 6, 2002, Silvia Adriana Salvucci, Esquire entered an appearance on Defendant's behalf and filed Defendant's Amended Answer which does not include counterclaims.