IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNX ASSOCIATES, INC. | : |
| | :   CIVIL ACTION |
| v. | : |
| | :   NO. 02-CV-2741 |
| ASG CONSULTANTS, LTD. | : |

### ORDER

**AND NOW**, this _____ day of March, 2003, upon consideration of Plaintiffs' unopposed Motion to Suspend the Deadlines set forth in the Court's September 12, 2002 Scheduling Order (docket no. 16), **IT IS ORDERED** as follows:

1. The Court shall conduct a **Status Conference** on May 6, 2003 at 2:30 p.m in Courtroom 3-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The current deadlines set forth in the September 12, 2002 Scheduling Order are suspended until May 6, 2003, at which time an amended scheduling order shall be issued.

        **BY THE COURT:**

        _____
        **BRUCE W. KAUFFMAN, J.**