IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNX ASSOCIATES, INC. | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 02-CV-2741 |
| ASG CONSULTANTS, LTD. | : |

### ORDER

     **AND NOW**, this _____ day of April, 2003, **IT IS ORDERED** that the Status Conference currently scheduled for May 6, 2003, shall be rescheduled for **May 9, 2003 at 4:00 p.m.** in the Judge's Chambers, Fifth Floor, United States Courthouse, 601 Market St., Philadelphia, PA 19106. It is further **ORDERED** that the Court will conduct a **Settlement Conference** on that same date and time.

     The senior attorney in charge of the matter for each of the parties <u>and an official of each of the corporate parties with **full and final** settlement authority</u> are required to attend the conference in person. If a party is more than one hundred miles from Philadelphia and prior permission is given by the Court, that party may participate by telephone. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

     Counsel are directed to fax confidential position papers <u>not longer than two pages</u> directly to Chambers (fax no. 215-580-2281), no later than two business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issues that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **POSITION PAPERS ARE NOT TO BE SHARED WITH OPPOSING COUNSEL OR FILED OF RECORD. THEY ARE FOR THE COURT'S REVIEW ONLY**.

                                                        BY THE COURT:


                                                         _____
                                                         **BRUCE W. KAUFFMAN, J.**