### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-2741 |
| | : | |
| **ASG CONSULTANTS, LTD.** | : | |

### SCHEDULING ORDER

**AND NOW**, this _____ day of June, 2003, pursuant to Federal Rule of Civil Procedure 16(b), it is **ORDERED** that the following schedule shall apply in this case:

1. Joinder of parties and amendments to pleadings shall be completed by July 1, 2003.

2. Discovery shall be completed by August 11, 2003.

3. Expert reports shall be exchanged by September 11, 2003.

4. Exhibits shall be exchanged by September 11, 2003.

5. Dispositive motions shall be filed by October 13, 2003.

6. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16(c), preliminary and final jury instructions, special interrogatories, verdict forms, and any motions <u>in limine</u> (with a copy of each also delivered to Chambers) by October 13, 2003.[1]

7. A final pretrial conference is scheduled for **January 8, 2004, at 2:30 p.m.**[2]

---

[1] Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.

[2] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an <u>agreed upon</u> version of preliminary and final jury instructions and verdict forms or special interrogatories to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential

8. This case will be placed in the Court's trial pool on **Friday, January 16, 2004.** Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

**BY THE COURT:**

_____
**BRUCE W. KAUFFMAN, J.**

---

elements of claims and defenses that must be proven by each party. Where agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority. If a model jury instruction is used (e.g, Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.