IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNX ASSOCIATES, INC.<br>24 Cayuga Avenue<br>Oakland, NJ  07436-4026<br>      Plaintiff,<br><br>             v.<br><br>ASG CONSULTANTS LTD.<br>36 Hett Creek Drive<br>Port Moody, B.C., Canada V3H427<br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 02-CV-2471 |

## WITHDRAWAL OF APPEARANCE

Please withdraw our appearances on behalf of Defendant, ASG Consultants, Ltd. in the above-captioned matter.

          **PEPPER HAMILTON LLP**

          By:_____
            LAURENCE Z. SHIEKMAN, ESQUIRE
            SILVIA ADRIANA LEBLANC, ESQUIRE
            3000 Two Logan Square
            18th and Arch Streets
            Philadelphia, PA  19103-2799

## ENTRY OF APPEARANCE

Please enter our appearances on behalf of Defendant, ASG Consultants, Ltd. in the above-captioned matter.

          **KLEINBARD, BELL & BRECKER LLP**

          By:_____
            ROBERT B. BODZIN, ESQUIRE
            ERIC J. SCHREINER, ESQUIRE
            1900 Market Street, Suite 700
            Philadelphia, PA  19103

Dated:  July 9, 2003

**CERTIFICATE OF SERVICE**

I, Judd A. Serotta, Esquire, hereby certify that a true and correct copy of the Withdrawal and Entry of Appearance was forwarded via first-class, postage pre-paid mail on July 11, 2003 to:

>Mitchell A. Kramer, Esquire
>Kramer & Kramer LLP
>1077 Rydal Road
>Suite 100
>Rydal, PA  19046
>
>Laurence Z. Shiekman, Esq.
>Silvia Adriana LeBlanc, Esq.
>Pepper Hamilton LLP
>18th and Arch Streets
>Philadelphia, PA  19103-2799

>_____
>Judd A. Serotta, Esquire
>Kleinbard, Bell & Brecker LLP
>1900 Market Street, Suite 700
>Philadelphia, PA  19103

Dated:  July 11, 2003