IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNX ASSOCIATES, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 02-CV-2741 |
| ASG CONSULTANTS LTD. | ) | |
| Defendant | ) | |

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF ITS
MOTION FOR LEAVE TO AMEND THE COMPLAINT**

As noted in both its original and reply memoranda supporting its motion for leave to amend its complaint, plaintiff Lynx Associates bases its new factual allegations in the amended complaint, joining Amar and Kal Grewal as defendants because they are ASG Consultants Ltd.'s alter egos, on the testimony Amar Grewal gave at his deposition on June 18, 2003. That transcript is now available, and plaintiff hereby files relevant portions of that transcript as a supplemental exhibit to its motion for leave to amend the complaint. The relevant portions of the deposition transcript are attached and made a part hereof as Exhibit 2.

DATED: July 24, 2003         Respectfully submitted,

By:_____
Mitchell A. Kramer
KRAMER & KRAMER, LLP
1077 Rydal Road, Suite 100
Rydal, PA 19046
(215) 887-9030

S:\Lynx\supplexhamndcompl

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2003, I caused a copy of the foregoing to be served on counsel for ASG Consultants, Ltd. at the following address:

      Robert B. Bodzin, Esquire
      Eric J. Shreiner, Esquire
      Kleinbard, Bell & Becker LLP
      1900 Market Street, Suite 700
      Philadelphia, Pennsylvania 19103

      _____
      Mitchell A. Kramer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNX ASSOCIATES, INC.<br><br>   Plaintiff<br><br>  v.<br><br>ASG CONSULTANTS LTD.<br><br>   Defendant | Civil Action No. 02-CV-2741 |

### ORDER

AND NOW, this ___ day of _____, 2003, it is hereby ORDERED that plaintiff, Lynx Associates, Inc., be permitted to file relevant portions of the transcript of the deposition testimony of Amar Grewal, taken June 18, 2003, as a supplemental exhibit to plaintiff's motion for leave to amend the complaint, which motion was filed with this Court June 27, 2003.

                BY THE COURT:

                _____
                Kaufmann, J.