IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2741 |
| | : | |
| **ASG CONSULTANTS, LTD.** | : | |

### ORDER

**AND NOW**, this _____ day of July, 2003, upon consideration of Plaintiff's Motion for Leave to Amend the Complaint (docket no. 21), filed on June 27, 2003, Defendant's Response (docket no. 22), and Plaintiff's Reply (docket nos. 24-27), and whereas pursuant to this Court's June 10, 2003 Scheduling Order[1] the parties had until July 1, 2003 to join parties and amend the pleadings, it is **ORDERED** that the Motion is **GRANTED**.  Accordingly, the Clerk of Court shall docket the attached document (Exhibit A) as Plaintiff's First Amended Complaint.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN,  J.**

---

[1] The modified schedule reflected in the June 10, 2003 Order was agreed to by the parties.