IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

**REFERRAL ORDER**

    **AND NOW,** this _____ day of September, 2003, **IT IS ORDERED**, pursuant to 28 U.S.C. § 636 (b)(1)(A) and Fed. R. Civ. P. 72(a), that this action is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for discovery dispute purposes.


                            BY THE COURT:


                            _____
                            **BRUCE W. KAUFFMAN, J.**