IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.,** | : | **CIVIL ACTION** |
| | : | |
| _____v. | : | **NO. 02-CV-2741** |
| | : | |
| **ASG CONSULTANTS, LTD.,** <u>et al.</u> | : | |

### ORDER

**AND NOW**, this _____ day of September, 2003, it appearing that the Honorable Jacob P. Hart, United States Magistrate Judge, has a conflict in the instant case, the order dated September 9, 2003, referring the matter to Judge Hart for discovery dispute purposes, is **VACATED**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**