IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNX ASSOCIATES, INC. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 02-CV-2741 |
| ASG CONSULTANTS LTD. | ) |
| and | ) |
| AMAR GREWAL and KAL GREWAL, | ) |
| Defendants | ) |

**PLAINTIFF'S PROPOSED JURY INTERROGATORIES**

Plaintiff, Lynx Associates, Inc., hereby submits the following proposed jury interrogatories for the Court's consideration:

1. Do you find for plaintiff, Lynx Associates, Inc., and against defendant, ASG Consultants Ltd., on any or all of plaintiff's claims?

__ Yes

__ No

2. If your answer to Interrogatory Number 1 is "Yes," what is the amount of damages which you award to plaintiff?

$ _____

3. Do you find that defendant, Amar Grewal, is the alter ego of defendant, ASG Consultants Ltd.?

__ Yes

__ No

4. Do you find that defendant, Kal Grewal, is the alter ego of defendant, ASG Consultants Ltd.?

__ Yes

__ No

5. Do you find that defendant, ASG Consultants Ltd., has failed to pay any monies that Lynx is due under the terms of the parties' contract within five days of when the commissions became due?

__ Yes

__ No

6. If your answer to Interrogatory Number 5 is "Yes," what is the amount of those monies due to Lynx as of five days before today?

$ _____