IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNX ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASG CONSULTANTS, LTD., et al.,<br><br>Defendants. | Civil Action No. 02-CV-2741 |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

Defendants ASG Consultants, Ltd. ("ASG"), Amar Grewal and Kal Grewal, through their undersigned counsel, hereby file their objections to Plaintiff Lynx Associates, Inc.'s ("Lynx") trial exhibits pursuant to Federal Rule of Civil Procedure 26(a)(3). Defendants' objections, exclusive of those objections based upon Federal Rules of Evidence 402 and 403, are set forth on Exhibit A attached hereto. Defendants reserve their right to amend the foregoing objections to Lynx's exhibits prior to trial and to object to the admission into evidence of exhibits during the trial of this matter.

Respectfully submitted,

KLEINBARD, BELL & BRECKER LLP

_____
ROBERT B. BODZIN, ESQUIRE
ERIC J. SCHREINER, ESQUIRE
1900 Market Street, Suite 700
Philadelphia, PA  19103
(215) 568-2000

Dated:  October 28, 2003

{00005024;v1}

## **EXHIBIT A**

| Exhibit Number | Objection |
|---|---|
| P-4 | Federal Rule of Evidence ("FRE") 802, Hearsay |
| P-6 | FRE 802, Hearsay |
| P-8 | FRE 802, Hearsay |
| P-9 | FRE 802, Hearsay |
| P-10 | FRE 802, Hearsay |
| P-12 | FRE 802, Hearsay |
| P-13 | FRE 802, Hearsay |
| P-18 | FRE 802, Hearsay |
| P-19 | FRE 802, Hearsay |
| P-22 | FRE 802, Hearsay |
| P-26 | FRE 802, Hearsay |
| P-27 | FRE 802, Hearsay |
| P-28 | FRE 802, Hearsay |
| P-29 | FRE 802, Hearsay |
| P-30 | FRE 802, Hearsay<br>FRE 408, Offer of Compromise |
| P-32 | FRE 802, Hearsay |
| P-33 | FRE 802, Hearsay |
| P-34 | FRE 802, Hearsay |
| P-35 | FRE 802, Hearsay |
| P-43 | FRE 802, Hearsay |
| P-44 | FRE 802, Hearsay<br>FRE 408, Offer of Compromise |
| P-45 | FRE 802, Hearsay |
| P-46 | FRE 802, Hearsay |
| P-47 | FRE 802, Hearsay<br>Exhibit contains numerous pages that do not appear to be part of the same document |
| P-48 | FRE 802, Hearsay<br>FRE 901, Authenticity<br>The document was not produced to Defendants prior to the close of discovery |
| P-49 | FRE 802, Hearsay |
| P-50 | FRE 802, Hearsay<br>FRE 901, Authenticity<br>The document was not produced to Defendants prior to the close of discovery |
| P-52 | FRE 802, Hearsay |
| P-53 | FRE 802, Hearsay |
| P-54 | FRE 802, Hearsay |
| P-55 | FRE 802, Hearsay |

{00005024;v1}

| | |
|---|---|
| P-56 | FRE 802, Hearsay |
| P-57 | FRE 802, Hearsay |
| P-58 | FRE 802, Hearsay |
| P-60 | FRE 802, Hearsay |
| P-61 | FRE 802, Hearsay |
| P-62 | FRE 802, Hearsay |
| P-63 | FRE 802, Hearsay |
| P-64 | FRE 802, Hearsay |
| P-65 | FRE 802, Hearsay<br>FRE 901, Authenticity<br>The document was not produced to Defendants prior to the close of discovery |
| P-66 | FRE 802, Hearsay<br>FRE 901, Authenticity<br>The document was not produced to Defendants prior to the close of discovery |
| P-67 | FRE 802, Hearsay<br>FRE 901, Authenticity |

{00005024;v1}