IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD.,** <u>et al.</u> | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** this _____ day of December, 2003, upon consideration of Plaintiff's Renewed Motion to Compel and for Sanctions (docket no. 53), the Court finds as follows:

1. On August 1, 2003, Plaintiff noticed the depositions of Defendants Amar Grewal and Kal Grewal, and requested that Defendants produce documents listed in Attachment A to the Notice of Deposition.

2. Said Defendants failed to appear for depositions and did not produce the requested documents.

3. On August 20, 2003, Plaintiff filed a Motion to Compel Appearance at Deposition (docket no. 30), and this Court scheduled a conference call for October 23, 2003 to address that Motion.

4. On the eve of the conference call, Plaintiff informed the Court that counsel for Defendants had agreed to produce all of the documents requested in Attachment A to the Notice of Deposition within 15 days, and Plaintiff agreed to forgo the depositions.

5. Plaintiff represents that none of the requested documents has been produced.

Accordingly, it is **ORDERED** that Defendants appear before this Court, in **Courtroom 3-A**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Tuesday, December 16, 2003, at 3:00 p.m.,** to show cause why the requested documents have

not been produced and why Defendants should not suffer sanctions pursuant to Fed. R. Civ. P. 37.

                                              **BY THE COURT:**

                                              _____
                                              **BRUCE W. KAUFFMAN,  J.**