IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

**ORDER**

**AND NOW,** this _____ day of December, 2003, upon consideration of Plaintiff's Renewed Motion to Compel and for Sanctions (docket no. 53), Defendants' Opposition thereto (docket no. 56), and Plaintiff's Reply (docket no. 57), it is **ORDERED** that the Motion is **GRANTED IN PART**. Accordingly, Defendants shall pay to Plaintiff the costs of preparing two Motions to Compel and shall produce all documents requested by Plaintiff in Attachment A to the Notices of Deposition within five (5) days of receipt of this Order.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**