IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

**ORDER**

    **AND NOW**, this ____ day of December, 2003, it is **ORDERED** that a **Settlement Conference** shall be held in the above-captioned case on **Thursday, January 15, 2004, at 4:00 p.m.**, in the Judge's Chambers, Fifth Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

    The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES**, meaning an official of each corporation with **full and final** settlement authority, are required to attend the conference in person.  The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

    Counsel are directed to fax confidential position papers <u>not longer than two pages</u> directly to Chambers (fax no. 215-580-2281), no later than two business days prior to the date of the conference.  The position paper should address the party's settlement position, as well as any other issues that counsel believes will be of assistance to the Court in helping the parties resolve this matter.  **POSITION PAPERS ARE NOT TO BE SHARED WITH OPPOSING COUNSEL OR FILED OF RECORD.  THEY ARE FOR THE COURT'S REVIEW ONLY**.

                                            BY THE COURT:

                                            _____

                                            **BRUCE W. KAUFFMAN,  J.**