IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this _____ day of December, 2003, pursuant to Federal Rule of Civil Procedure 16(b), it is **ORDERED** that the following schedule shall apply to this case:

1. The final pretrial conference previously scheduled for Thursday, January 8, 2004 will be held on **Wednesday, February 4, 2004, at 11:00 a.m.**[1]

2. This case will be placed in the Court's trial pool on **Friday, February 6, 2004**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an agreed upon version of preliminary and final jury instructions, verdict forms or special interrogatories to the jury, and a statement of the case for use in the Court's preliminary instructions to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party. When agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority. If a model jury instruction is used (e.g., Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions.