IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD.**, <u>et al.</u> | : | |

## ORDER

**AND NOW**, this        day of January, 2004, upon consideration of Plaintiff's Motion to Compel Appearance at Deposition (docket no. 30), and all responses thereto, it is **ORDERED** that the Motion is **DENIED AS MOOT**, in light of the Court's Order of December 17, 2003 granting in part Plaintiff's renewed Motion to Compel (docket no. 60).

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**