IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

### ORDER

**AND NOW**, this         day of January, 2004, upon consideration of Kleinbard, Bell & Brecker LLP's Motion for Leave to Withdraw as Counsel for Defendants (docket no. 68), and Plaintiff's opposition thereto (docket no. 69), and in the interest of the orderly and efficient administration of justice in this matter, it is **ORDERED** that the Motion is **DENIED**. Accordingly, Kleinbard, Bell & Brecker LLP will not be permitted to withdraw as counsel until Defendants have obtained substitute representation.[1]

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] "An Attorney's appearance may not be withdrawn except by leave of court, unless another attorney of this Court shall at the same time enter an appearance for the same party." Loc. R. Civ. P. 5.1(c).