IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

**ORDER**

**AND NOW**, this _____ day of January, 2004, upon consideration of Plaintiff's Motion to Enforce the Court's Order Granting Sanctions (docket no. 66), and Defendants' Response in opposition thereto (docket no. 67), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, Defendants shall pay to Plaintiff's counsel eleven thousand one hundred seventy-four dollars and 18 cents ($11,174.18) in fees and expenses in connection with the filing of two motions to compel discovery.[1]  Payment shall be made within ten (10) days of receipt of this Order.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**

---

[1] Plaintiff initially requested $12,014.18 from Defendants and informed Defendants that if that amount was not paid and Plaintiff was forced to move the Court for payment, Plaintiff would seek reimbursement for that motion as well.  (Pl. Motion to Enforce the Court's Order Granting Sanctions, Exhibit 2).  Plaintiff thus seeks a total of $13,213.64.  (Pl. Motion to Enforce, at p. 3).  The Court arrived at its figure by deleting from Plaintiff's request those entries that appeared to be unrelated to the motions at issue, specifically the August 4, 14, and 15 entries for Mitchell A. Kramer and the August 14 and 15 entries for John R. Prince.  In addition, the Court will not require Defendants to pay the costs of Plaintiff's Motion to Enforce the Court's Order Granting Sanctions, as Defendants asserted legitimate objections to Plaintiff's fee request.