IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

## ORDER

**AND NOW**, this       day of February, 2004, upon consideration of Defendants' Motion to Modify the Court's January 30, 2004 Order (docket no. 75), and Plaintiff's response thereto (docket no. 76), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, Defendants shall pay to Plaintiff's counsel $5,587.18 by Thursday, February 12, 2004 and $5,587.00 by Friday, March 12, 2004.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**