IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| _____v. | : | **NO. 02-CV-2741** |
| | : | |
| **ASG CONSULTANTS, LTD. , et al.** | : | |

## ORDER

**AND NOW**, this _____ day of June, 2004, upon notification of counsel that the parties have negotiated a preliminary settlement, it is **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File until the Court determines that it may proceed to final disposition. This Order shall not affect any rights of the parties to this litigation.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**