IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNX ASSOCIATES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-2741 |
| | : | |
| **ASG CONSULTANTS, LTD., et al.** | : | |

## ORDER

    **AND NOW**, this _____ day of June, 2004, it is **ORDERED** that this matter shall be removed from the civil suspense file and reopened for statistical purposes.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**